**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 18, 2005**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 05-10389
Summary Calendar

BRIDGET PARSON,

Plaintiff-Appellant,

VERSUS

WILMER HUTCHINS INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Texas
3:03-CV-492-B

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM:[*]

Appellant challenges the dismissal of her suit as a sanction
for her abusive litigation practice and refusal to comply with the
court's orders.

After the district court warned appellant numerous times to
refrain from abusive litigation tactics and follow the court's

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

orders and plaintiff persisted in refusing to heed those warnings, the court dismissed plaintiff's suit.  The multiple violations of the court's orders and instances of appellant's abusive litigation practice are recited in detail in its opinion and order of February 17, 2005, and fully support its dismissal of appellant's suit.

AFFIRMED.